**2008–0470. State v. Anzures.**
Delaware App. No. 06CAA070047, 2007-Ohio-4817. On motion for leave to file delayed appeal. Motion

denied.
PFEIFER and O'DONNELL, JJ., dissent.